IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER W. RICHARD                                       PLAINTIFF

v.                       No. 4:25-cv-813-DPM

J. SMITH, Badge #547, Cabot P.D.                             DEFENDANT

### ORDER

1.     Richard's application to proceed *in forma pauperis*, Doc. 1, is granted.  He reports living on minimal income and no savings.

2.     The Court must screen Richard's complaint. 28 U.S.C. § 1915(e)(2).  The Court's rules require a short and plain statement of facts that show a plausible violation of some particular law.  Fed. R. Civ. P. 8(a); 28 U.S.C. § 1915(e)(2)(B)(ii).  Richard brings this lawsuit under 42 U.S.C. § 1983.  He alleges that he was subjected to excessive force during an arrest and then denied medical care.  The details are sparse.  Richard says he was buying something at a gas station when Cabot PD told him to leave.  Somehow someone broke a window, and Richard's arms and hands got cut.  Two other police officers were on the scene, but Richard names Smith because she was the ranking officer and the one who refused to write an injury report or get him medical care.  He seeks damages.

To evaluate Richard's case, the Court needs to know the particulars.  He must provide the date the incident happened, describe

the events leading up to the arrest, explain how he was injured, and explain how seriously he was injured.

3. Richard must file an amended complaint with more details. He must do so by 14 October 2025. If he does not, the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

10 September 2025